UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:20-cr-0094-TWP-TAB |
| | ) | |
| JOSEPH CHASE WINKLE, | ) | - 01 |
| JEREMY GIBSON, | ) | - 02 |
| JOSEPH KREJSA, | ) | - 03 |
| COREY POSEY, | ) | - 04 |
| Defendants. | ) | |

**COURTROOM MINUTE FOR MAY 5, 2021**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the superseding indictment filed on April 13, 2021.   Defendant Winkle appeared in person and by retained counsel John Kautzman and Martin Brown.   Defendant Gibson appeared in person and by retained counsel David Markus. Defendant Krejsa appeared in person and by retained counsel Yasmin Best.   Defendant Posey appeared in person and by retained counsel Joshua Burress and K. Michael Gaerte.   Government represented by AUSA Nicholas Linder and AUSA Katherine DeVar.   USPO represented by Justin Meier.

Defendants orally waived their right to physically appear for their initial appearance in the courtroom and consented to appear via video teleconference.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **May 19, 2021**.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose

favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Defendants waived formal arraignment and reading of the indictment on the record.

Defendant Winkle, Gibson, and Krejsa was previously ordered released.   [Dkt. Nos. 30, 31, 32, and 35.]

Government did not seek pretrial detention of Defendant Posey.

Defendants released on conditions of pretrial release pending further proceedings before the court.

Date: 5/5/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system