# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cr-00094-TWP-TAB |
| ) | |
| JOSEPH CHASE WINKLE, aka CHASE WINKLE, ) | |
| JEREMY GIBSON, JOSEPH KREJSA, and ) | |
| COREY POSEY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Defendants' Joint Motion to Continue Trial (Filing No. 108). The Motion indicates that the Government opposes the request. The Government shall have until **Friday, May 21, 2021** to respond to the Defendants' motion.

**SO ORDERED.**

Date: 5/13/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

John F. Kautzman
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS
  DUNCAN & MERCHANT, LLP
jfk@rkblegalgroup.com

Martin Austin Brown
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS
  DUNCAN & MERCHANT, LLP
mab@rkblegalgroup.com

David Oscar Markus
MARKUS/MOSS PLLC
dmarkus@markuslaw.com

Daniel E. Pulliam
FAEGRE DRINKER BIDDLE & REATH LLP
daniel.pulliam@faegredrinker.com

Yasmin N. Best
FAEGRE DRINKER BIDDLE & REATH LLP
yasmin.best@faegredrinker.com

Joshua James Burress
DENTONS BINGHAM GREENEBAUM LLP
joshua.burress@dentons.com

K. Michael Gaerte
DENTONS BINGHAM GREENEBAUM LLP
michael.gaerte@dentons.com

Katherine Gray DeVar
U.S. DEPARTMENT OF JUSTICE
katherine.devar@usdoj.gov

Mary J. Hahn
U.S. DEPARTMENT OF JUSTICE
mary.hahn@usdoj.gov

Nicholas J. Linder
UNITED STATES ATTORNEY'S OFFICE
nick.linder@usdoj.gov