**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO.  1:20-cr-00094-TWP-TAB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH CHASE WINKLE, | ) | -01 |
| a/k/a "Chase Winkle," | ) | |
| JEREMY GIBSON, | ) | -02 |
| JOSEPH KREJSA, and | ) | -03 |
| COREY POSEY, | ) | -04 |
| | ) | |
| Defendants. | ) | |

**ORDER ON JOINT MOTION TO CONTINUE TRIAL**

This matter comes before the Court on the defendants' joint motion to continue the trial date set for September 13, 2021, and Final Pretrial Conference scheduled for August 25, 2021. The Court, having considered the motion, as well as the Government's Response in Opposition (dkt. 110) now finds in the interest of justice that the Motion should be **GRANTED**. IT IS ORDERED that the September 13, 2021 trial and August 25, 2021 Final Pretrial Conference are **VACATED**. This action is RESCHEDULED for a Final Pretrial Conference on <u>January 5, 2022 at 9:00 a.m.</u> in Room 344 and trial by jury on <u>January 24, 2022 at 9:00 a.m.</u> in Room 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana. The Defendants shall appear at the Final Pretrial Conference.

The Court FINDS that the interests of justice, as stated in the motion for continuance, are best served by the delay so that both the defendants and the United States can receive a fair trial.

IT IS THEREFORE ORDERED the delay attributable to the changed trial date shall be excludable from the computations of time pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

**The parties should anticipate no further continuances of the trial date.**

Date: 6/3/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF